No. 16,652.

REILLY ET AL. *v.* LOTT.
(243 P. [2d] 425)

Decided April 7, 1952.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. ALBERT T. FRANTZ, for plaintiffs in error.

Messrs. MADDEN & WILSON, for defendant in error.